UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wolfgang Weise

Write the full name of each plaintiff.

26 CV 7739
CV ___

(Include case number if one has been assigned)

-against-

New York City
FBI
Organization

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## COMPLAINT

Do you want a jury trial?
☐ Yes ☐ No

RECEIVED
SDNY PRO SE OFFICE
2026 SEP -3 PM 3:53

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

I feel aggravate harassment and abuse from FBI Agents in this Organization, They do it 24/7 with impact on my body Electro-magnetic Radiation.

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, Wolfgang Weiss, is a citizen of the State of
(Plaintiff's name)

New York State
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_______________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, New York City FBI Org, , is a citizen of the State of
(Defendant's name)

____________________________________

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

____________________________________.

If the defendant is a corporation:

The defendant, ______________________, is incorporated under the laws of

the State of ____________________________

and has its principal place of business in the State of ______________________

or is incorporated under the laws of (foreign state) ______________________

and has its principal place of business in ____________________________.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Wolfgang Weise
First Name Middle Initial Last Name

406 Remsen Ave. Apt 4A,
Street Address

Brooklyn NY 11212
County, City State Zip Code

646-323-3482 Vikatmelron1957@gmail.com,
Telephone Number Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: NYC FBI Organization
First Name Last Name

Current Job Title (or other identifying information)

Federal Plaza 26,
Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 2:
First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 3:
First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 4: ______________________________

First Name Last Name

______________________________

Current Job Title (or other identifying information)

______________________________

Current Work Address (or other address where defendant may be served)

______________________________

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: ______________________________

Date(s) of occurrence: ______________________________

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

FBI started war with black families in my building 406 Remsen Ave, Brooklyn. Now FBI provides activity to bring war up to me as a resident of same building at 406 Remsen Ave, Brooklyn. They chasing me and continue harassing and abuse with electro-magnetic Radiation from inside and outside the streets of NYC. I am old Retired Senior with life disability unable to resist to such of attacks from FBI Agents. I want to leave this country as soon as possible with my new

passport. I want this passport to be issued in a short period of time. I accept dismissal of my case # 26 CV 9422, and old case # 24 CV 5760 from Defendant U.S. Department of State.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

If FBI not stop harass me, I would like to set money damage compensation in amount of $100,000,000 (one hundred million dollars) to pay this reparation during 20 years.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Sept 3 2026
Dated

[signature]
Plaintiff's Signature

Wolfgang
First Name

Middle Initial

Weise
Last Name

406 Romsen Ave, Apt. 4A,
Street Address

Brooklyn,
County, City

NY
State

11212
Zip Code

646-323-7432
Telephone Number

Vteatenelson1959@gmail
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.